UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-20028-CR-UNGARO

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

VERONICA SERRANO,
            Defendants.
_____/

## ORDER OF TRANSFER TO FUGITIVE STATUS

THE above listed defendant(s) are transferred to the Clerk's Fugitive File until such time as the defendant(s) is apprehended.

DONE and ORDERED in Chambers at the United States District Court, Miami, Florida this 21 day of January, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of record